# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

United States of America,

    Plaintiff,

-vs-

Oscar Thomas, Jr,

    Defendant.

Case 3:19-po-103

Magistrate Judge Ovington

## ORDER

On oral motion of the United States in open court, pursuant to the plea agreement of the parties and Fed. R. Crim. P. 7(e), and with the Defendant's consent, the charge of Driving Under the Influence, in violation of O.R.C., Section 4511.19(A)(1)(a), made in Count 1 of the Information, is hereby AMENDED to charge Physical Control of a Vehicle While Under the Influence, a violation of O.R.C., Section 4511.194.

IT IS SO ORDERED.

Date: 9/18/9

_____
United States Magistrate Judge

_____
Assistant United States Attorney